Serial: **259696**

## IN THE SUPREME COURT OF MISSISSIPPI

### No. 89-R-99015-SCT

*IN RE: LOCAL RULES*

**FILED**

OCT 29 2025

OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS

### ORDER

Before the en banc Court is Motion No. 2025-1839 filed by Chancellor J. Dewayne Thomas.

Chancellor Thomas seeks approval of revisions to the Local Rules for the Fifth Chancery Court District. After due consideration, we find that the motion should be granted.

IT IS, THEREFORE, ORDERED that the motion is granted as set forth in the attached Exhibit A. The amendments shall be effective on December 1, 2025.

IT IS FURTHER ORDERED that the Clerk of this Court must spread this order upon the minutes of the Court and send a certified copy to West Publishing Company for publication in the advance sheets of *Southern Reporter, Third Series (Mississippi Edition)*, and in the next edition of the *Mississippi Rules of Court*.

SO ORDERED, this the **29** day of October, 2025.

_____
JOSIAH DENNIS COLEMAN,
PRESIDING JUSTICE
FOR THE COURT

TO GRANT: ALL JUSTICES.

EXHIBIT A

## FIFTH CHANCERY DISTRICT OF MISSISSIPPI
## FIRST JUDICIAL DISTRICT, HINDS COUNTY, JACKSON
## SECOND JUDICIAL DISTRICT, HINDS COUNTY, RAYMOND

## LOCAL RULES

EFFECTIVE WHEN APPROVED BY THE MISSISSIPPI SUPREME COURT
PURSUANT TO RULE 83 M. R. C. P.

## RULE 1.

The Chancery Court of the Fifth Chancery District is divided into four divisions, and the Chancellors are as follows: Division I, J. Dewayne Thomas; Division II, Tiffany Grove; Division III, ~~Denise Owens~~ Tametrice Hodges; and Division IV, Crystal Wise Martin. The division will hold hearings in the courtroom of the same number.

## RULE 2.

Administrative acts and policy decisions for the Fifth Chancery District will be determined by majority vote.

## RULE 3.

Ex parte days are as follows: Division I, Wednesday (9:00 a.m. - 11:30 a.m.) by appointment via Calendly or walk-in; Division II, Thursday (9:00 a.m. - 11:30 a.m.) by appointment via Calendly or walk-in; Division III, Tuesday (9:00 a.m. 11:30 a.m.) by appointment; Division IV, ~~Thursday (9:00 a.m. - 11:30 a.m.) by appointment.~~ most Mondays through Wednesdays at 9:00 a.m. by sign-in sheet or walk-in and Thursdays from 9:00 a.m. until 10:00 a.m.

## RULE 4.

Division of civil cases shall be assigned as follows:

(a)     General docket civil actions and Probate civil actions shall be given a sequential number by the Chancery Clerk in the order being filed and shall then be divided in rotation by number in sequence to divisions of the Court and Chancellors as part of the docket number.

(b)     ~~Ex parte civil actions not assigned to a division (i.e., removal of minority, name changes, etc.) may be presented to Chancellors on designated ex parte days.~~

(eb)    Division 3 shall supervise the handling of mental cases for commitment, etc., appoint a special master and necessary doctors and defendants' attorneys.

(~~d~~c) When a civil action is designated for a division, that division shall hear all matters and sign all judgments except as otherwise set forth herein.

## RULE 5.

Motions for modification of former judgments shall be heard by the division assigned to, or the successor, but not until after a contempt, if pending.

## RULE 6.

By prior arrangements with the Chancellor, ex parte matters may be heard at other times, and in case of emergency, at any time, but attorneys are urged to remember that Chancellors need breaks during trials in order to study, write opinions, etc., during time when not engaged in trials.

## RULE 7.

Trial shall begin at 9:00 a.m., unless otherwise specified in the setting or by the Chancellor.

## RULE 8.

Irreconcilable differences divorces will be heard during ex parte assigned periods.

## RULE 9.

Uncontested divorces, which must be tried in open court, ~~as follows:~~
*~~Division 1,~~* ~~between the hours of 9:00 a.m. and 10:00 a.m. on the 1st Friday of each month;~~
*~~Division 2,~~* are scheduled as a part of the general docket.~~;~~
*~~Division 3,~~* ~~between the hours of 9:00 a.m. and 10:00 a.m. on the 3rd Friday of each month;~~
*~~Division 4,~~* ~~and between the hours of 9:00 a.m. and 10:00 a.m. on the 4th Friday of each~~
~~month.~~

## RULE 10.

All trials and/or motions requiring testimony or lasting over ten (10) minutes will be set by the Court Administrator: For divisions I: ~~& III, phone~~ (601) 714-6309; For divisions II: ~~& IV,~~ (601) 968-6521. For Division III: (601) 968-6565; and For Division IV: (601) 973-5569. ~~Short motions will be heard in chambers on ex parte mornings. This arrangement will avoid long delays when many lawyers and clients are waiting on ex parte periods.~~

## RULE 11.

The Court Administrator may continue and reset trials by agreement of all counsel at any time~~.~~ with the Chancellor's approval. However, the Chancellor must approve if the setting is within ten (10) days of the motion for continuance.

## RULE 12.

Each party in every domestic case involving economic issues and/or property division, including attorneys filing civil actions involving alimony or child support on original trial or subsequent modification, including irreconcilable differences, shall prepare and file with the Chancery Clerk a certificate of compliance in accordance with the form which appears as Exhibit "A" to Rule 8.05 of the Uniform Chancery Court Rules. The required certificate of compliance shall be filed during the time frame set out in Rule 8.05.

## RULE 13.

[Note: Rule 13 was disapproved by the Supreme Court entered April 15, 1999.]

## RULE 14.

A case may be transferred to another division only by agreement of the Chancellors of both the divisions involved.

## RULE 15.

Court terms for the Second Judicial District, Raymond, Mississippi, are set and hearings will be conducted by the Chancellors in rotation on the second Monday in February, the second Monday in June, and the second Monday in October. shall be as follows:
Division I – 2nd Monday in October
Division II – 3rd Wednesday in August
Division III – 2nd Monday in February
Division IV – 2nd Monday in June.
Court terms for the First Judicial District have been abolished by Section 9-5-3 (as amended September 6, 1994) of the Mississippi Code of 1972.

## RULE 16.

Second District actions will also be divided by rotation in numerical sequence.

## RULE 17.

All cases will be set by the Court Administrator in Hinds County. Emergency motions, including Temporary Restraining Orders, should be filed first and shall be heard by the assigned Chancellor, unless substitution be authorized by the same Chancellor.

## RULE 18.

Judgments and orders should be presented in person to the Chancellor unless prior arrangements otherwise have been made.

## RULE 19.

All pleadings, judgments, and orders must show the name and Mississippi State Bar number of the individual attorney actually presenting it, and it may not be presented to another Chancellor except on order of the Chancellor to whom it was first presented.

## RULE 20.

Civil actions which need to be consolidated with similar civil actions, upon approval of the Chancellors involved, will be consolidated in the division of the civil action with the lowest number.

## RULE 21.

[Note: Rule 21 was disapproved by the Supreme Court entered April 15, 1999.]

## RULE 22.

Stale cases, excluding probate matters, will be dismissed pursuant to Rule 41(d) M. R. C. P. if no action has been taken of record within the preceding twelve (12) months after thirty (30) days written notice by mail from the clerk of the court, unless application in writing is made to the Court and good cause shown to continue the case.

## RULE 23.

In any contested case where an attorney who actively practices in the Fifth Chancery Court District is a party, the Chancellors ~~should~~ shall consider recusing themselves.

## RULE 24.

The Court may impose a standard fine of One Hundred Dollars ($100.00) for contempt imposed against all attorneys in any case which has been set for trial where a settlement has been reached and the Court is not advised to remove the same from the trial docket or where an attorney shall fail to appear within fifteen (15) minutes of the time for hearing without prior notification to the Court and the other attorney of record.

## RULE 25.

Appeals to the Chancery Court shall be set on the trial calendar by the Court Administrator on request of the appellant after all briefs have been filed. The appellant has thirty (30) days to file the Assignment of Errors and brief after the record is filed, and the appellee shall file a reply brief and/or cross appeal within ten (10) days of filing by the appellee. It is not necessary to send extra copies of the brief to the Chancellor, but the case must be set on the trial docket to be considered by the Court, even though oral argument is not desired. The Court may require oral argument if neither party has requested such or deny oral argument as the Court deems necessary.